IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ELLIS JEROME SIMON,                        §
                                           §
              Petitioner,                  §
                                           §
VS.                                        §
                                           §        NO. 3:07-CV-1793-D
NATHANIEL QUARTERMAN, Director             §
Texas Department of Criminal Justice,      §
Correctional Institutions Division,        §
                                           §
              Respondent.                  §

## ORDER

After conducting a review of the pleadings, files and records in this case, the findings and

recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1),

and petitioner's objection,[*] I am of the opinion that the findings and recommendation of the

magistrate judge are correct, and they are adopted as the findings of the court.

Accordingly, petitioner is ordered to pay the statutory filing fee of $5.00 within 20 days of

the date of this order.

**SO ORDERED**.

November 20, 2007.


SIDNEY A. FITZWATER
CHIEF JUDGE

_____

[*]Petitioner has filed objections in which he does not object to paying the $5.00 filing fee
but apparently seeks to preserve other arguments.