IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ELLIS JEROME SIMON                    §
                                      §
            Petitioner,               §
                                      §
VS.                                   §
                                      §        NO. 3-07-CV-1793-D
NATHANIEL QUARTERMAN, Director        §
Texas Department of Criminal Justice, §
Correctional Institutions Division    §
                                      §
            Respondent.               §

## ORDER

After conducting a review of the pleadings, files, and records in this case, the findings and

recommendation of the United States Magistrate Judge, and the March 24, 2008 objections filed by

petitioner, in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and

recommendation of the magistrate judge are correct, and they are hereby adopted as the findings of

the court.

**SO ORDERED**.

March 26, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE